UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

WILLIAM C SIMON                          )
                                         )       Case No. 09 B 32282
                                         )
                                         )       Chapter 13
                                         )
                                         )       Judge: SUSAN PIERSON SONDERBY


**TRUSTEE'S NOTICE OF WITHDRAWAL OF DOCKET ENTRY #  23**
**PAYMENT OF FINAL MORTGAGE CURE AMOUNT**


To:     Service List Attached


PLEASE TAKE NOTICE THAT the Notice of Final Mortgage Cure Amount previously filed by Tom Vaughn, Chapter 13 Trustee, Docket Entry # 23 is WITHDRAWN.


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing in the U.S. mail at 200 S. Michigan Ave, Chicago, Illinois on 10/25/2010.


                                         /Tom Vaughn/
                                    Tom Vaughn, Chapter 13 Trustee


Tom Vaughn
Chapter 13 Trustee
200 S. Michigan Ave, Suite 1300
Chicago, Illinois 60604
(312) 294-5900
(312) 341-7168 (FAX)

**SERVICE LIST**

```
WILLIAM C SIMON
5024 W 158TH ST
OAK FOREST IL
60452

FIRST MIDWEST BANK
300 N HUNT CLUB RD
GURNEE IL

60031

JAHNKE SULLIVAN & TOOLIS
9031 W 151ST ST # 203
ORLAND PARK IL

60462
```